In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00445-CV

_____

**JOSHUA DEL JENNINGS SR., Appellant**

**V.**

**BRITTANY NICOLE RAWLINSON, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CV1610540**

**MEMORANDUM OPINION**

Joshua Del Jennings Sr., Appellant, filed a notice of appeal with the trial court on July 18, 2016. Despite written notices from this Court and an opportunity to cure, to date, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. In addition, no clerk's record has been filed, and the clerk responsible for preparing the record in this appeal informed the Court that Appellant did not make arrangements to pay for the record. *See* Tex. R. App. P. 37.3(b). We notified the parties that the appeal would be dismissed unless

the filing fee was paid and Appellant arranged to file the record. Appellant did not respond to the Court's notices.

Appellant did not file an affidavit of indigence on appeal and has not shown that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to pay the filing fee for the appeal, and there being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on January 25, 2017
Opinion Delivered January 26, 2017

Before McKeithen, C.J., Kreger and Horton, JJ.